IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DALE NORBLAD, )<br>)<br>Defendant. ) | Case No. 8:05cr190<br><br><br>ORDER |

UNITED STATES OF AMERICA,            )
                                     )    Case No. 8:05cr190
            Plaintiff,               )
                                     )
    vs.                              )
                                     )    ORDER
DALE NORDBLAD,                       )
                                     )
            Defendant.               )

This matter is before the court on the defendant's Motion to Withdraw as Counsel (#25). The motion is denied without hearing. The motion fails to state any specific reason as to why the defendant has requested counsel to file the motion to withdraw. While the motion references the defendant's intent to retain private counsel, no retained counsel has entered an appearance in this matter.

**IT IS ORDERED:**

1. The defendant's Motion to Withdraw as Counsel (#25) is denied without hearing as it fails to state a valid basis for withdrawal of counsel.

Dated this _____ day of July 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge