IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                         )<br>           Plaintiff,                   )<br>                                                         )<br>Vs.                                              )<br>                                                         )<br>DALE NORDBLAD,                    )<br>                                                         )<br>           Defendant.                )  | 8:05CR190<br><br>**SCHEDULING ORDER** |

   IT IS ORDERED that the following is set for hearing on **July 13, 2005** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

   - Motion to Reconsider [28]

   Since this is a criminal case, the defendant must be present, unless excused by the Court.

   DATED this 11th day of July, 2005.

                                                              BY THE COURT:


                                                              S/ F.A. Gossett
                                                              United States Magistrate Judge