IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR190 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DALE NORDBLAD and | ) | |
| TROY HANSEN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to continue trial by defendant Dale Nordblad (Nordblad) (Filing No. 31). Nordblad seeks a continuance of the trial for sixty days. Defense counsel represents to the court that counsel for the government has no objection to the extension. Nordblad has submitted an affidavit in accordance with paragraph 9 of the progression order whereby Nordblad consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted, and trial will be continued as to both defendants.

**IT IS ORDERED:**

1. Nordblad's motion to continue trial (Filing No. 31) is granted.

2. Trial of this matter is re-scheduled for **September 19, 2005,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **July 14, 2005 and September 19, 2005,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 14th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge